IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:09-cr-000080-JO |
| **Plaintiff,** | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| v. | |
| **CHRISTIAN MICHAEL DURR,** | |
| **Defendant.** | |

JONES, District Judge:

    This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective today.

    The Court therefore GRANTS the Joint Motion to Reduce Sentence.

    IT IS HEREBY ORDERED that Defendant's sentence is reduced to time-served effective today. Upon release, defendant shall travel to the Northwest Regional ReEntry Center. Upon his arrival, subject to the discretion of U.S. Probation, the defendant shall be required to adhere to any quarantine required by the Northwest Regional ReEntry Center.

An amended judgment and commitment shall be prepared and entered forthwith in accordance with this decision.

Dated this  2nd   day of  September    , 2021.

                                                /s/ Robert E. Jones
                                                Hon. Robert E. Jones
                                                United States District Court Judge